UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT PERRY, | ) | CV F- 05-1624 REC DLB P |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| AGUIRRE, et. al., | ) | |
| Defendant. | ) ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on January 17, 2006.  The complaint appears to state a cognizable claim for relief for excessive force against the named defendants.   Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Aguirre, Ruiz, Moore, Smith, Beer, Warren, Warner, Hernandez and German.

2. The Clerk of the Court shall send Plaintiff nine (9) USM-285 forms, nine (9) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed January 17, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Ten (10) copies of the endorsed amended complaint filed January 17, 2006.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:**   **March 29, 2006**             **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE