| | |
|---|---|
| **ROBERT DANIEL PERRY,** | 1:05-cv-01624 OWW DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **AGUIRRE, et al.,** | |
| Defendants. | |

On November 17, 2006, Defendants filed a motion for extension of time to file their responsive pleading, explaining that all documentation necessary to determine how to proceed has not been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including December 21, 2006, in which to file their responsive pleading.

IT IS SO ORDERED.

Dated:   **November 17, 2006**           **/s/ Dennis L. Beck**
3c0hj8                                                              UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Defendants an Extension of Time to Respond to Plaintiff's Complaint*

1