UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DANIEL PERRY,<br><br>            Plaintiff,<br><br>     v.<br><br>AGUIRRE, et al.,<br><br>            Defendants. | 1:05-CV-01624-OWW-DLB-P<br><br>ORDER DENYING EXTENSION OF TIME<br><br>(Doc. 35) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 2007, plaintiff filed a motion for an extension of time. Plaintiff explained that he had been transferred and did not have access to his legal materials. However, plaintiff failed to specify what the extension of time was needed for. For this reason, plaintiff's motion shall be denied. Plaintiff cannot move for an extension of time in this action without specifying what the extension is for. Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motion for an extension of time to file is DENIED.

       IT IS SO ORDERED.

       Dated:  March 7, 2007                     /s/ Dennis L. Beck
3c0hj8                                           UNITED STATES MAGISTRATE JUDGE