UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT PERRY, | ) | CV F- 05-1624 LJO DLB P |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S MOTION FOR TRIAL DATE |
| v. | ) | [Doc. 72] |
| AGUIRRE, et. al., | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on January 17, 2006.  On July 7, 2006, the Court ordered the United States Marshal to serve the amended complaint and on December 29, 2006, defendants appeared by filing a motion to dismiss.  The motion to dismiss is still pending before the court.

On March 30, 2007, plaintiff filed a motion demanding an immediate trial date.  Plaintiff's motion is denied.  Once the Court rules on defendants' motion to dismiss, if necessary, the case will proceed pursuant to a schedule which will be issued by the Court.  Plaintiff's motion for an immediate trial date is premature and therefore denied.  Plaintiff is directed to the First Information Order issued on March 15, 2006.

   IT IS SO ORDERED.

1

2  3c0hj8         **Dated:    April 5, 2007**                       **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE