UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL PERRY, | 1:05-cv-01624-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 64) |
| vs. | |
| M. AGUIRRE, et al., | **ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs. 17, 21, 22) |
| Defendants. | |

Plaintiff, Robert Daniel Perry ("plaintiff"), a prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 1, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 1, 2007, are ADOPTED IN FULL; and,

2. Plaintiff's motions for preliminary injunctive relief, filed June 22, 2006, are DENIED.

IT IS SO ORDERED.

**Dated:   April 25, 2007**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE