# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL PERRY, | CASE NO. 1:05-cv-01624-LJO-DLB-PC |
| Plaintiff, | **ORDER VACATING TELEPHONIC CONFIRMATION HEARING AND EVIDENTIARY HEARING** |
| v. | |
| AGUIRRE, et al., | **ORDER REINSTATING AND ADOPTING FINDINGS AND RECOMMENDATIONS** |
| Defendants. | |

Plaintiff Robert Daniel Perry ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2006, defendants filed a motion to dismiss based on plaintiff's failure to exhaust administrative remedies. On August 20, 2007, the magistrate judge issued Findings and Recommendations which recommended that the motion be denied because a factual dispute existed concerning whether plaintiff attempted to file appeal forms and whether the forms were intercepted by prison officials.

On August 22, 2007, defendants filed objections requesting that the motion be granted, or in the alternative, that an evidentiary hearing be held to resolve the factual dispute. On August 30, 2007, the Court issued an Order vacating the Findings and Recommendations and setting an Evidentiary Hearing for November 30, 2007.[1]  The Court also set a Telephonic Hearing Confirmation for November 8, 2007.  Plaintiff was ordered to file a prehearing statement on or before October 15, 2007 and defendants were ordered to file a prehearing statement on or before November 2, 2007.  The prehearing statements were to address the parties' positions regarding

---

[1] The hearing date was later changed to November 28, 2007.

1

whether or not plaintiff exhausted his administrative remedies including their positions regarding the standard of proof.  The parties have failed to file prehearing statements as ordered and plaintiff has failed to file any motions for the attendance of incarcerated witnesses.  Based on the parties' failure to follow the Court's Orders regarding the Evidentiary Hearing, the Court assumes the parties are prepared to resolve the issue of plaintiff's exhaustion of administrative remedies on the prior pleadings.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations filed August 20, 2007, to be supported by the record and by proper analysis.

Accordingly, the court HEREBY ORDERS as follows:

1. The magistrate judge's Findings and Recommendations issued on August 20, 2007 are reinstated;

2. The telephonic evidentiary confirmation hearing on **November 8, 2007, at 8:30 a.m. is VACATED**;

3. The evidentiary hearing on **November 28, 2007, at 8:30 a.m. is VACATED**;

4. The Findings and Recommendations, filed August 20, 2007, are adopted in full;

5. Defendants' motion to dismiss for failure to exhaust, filed December 29, 2006, is DENIED; and

6. Defendants are ordered to respond to plaintiff's complaint within 30 days

IT IS SO ORDERED.

**Dated:   November 7, 2007**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE