IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT DANIEL PERRY,** | 1:05-cv-01624 LJO-DLB (PC) |
| Plaintiffs, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** |
| v. | |
| **AGUIRRE, et al.,** | (Document #90) |
| Defendants. | |

On December 4, 2007, Defendants requested an extension of time to answer Plaintiff's complaint, pending a ruling on their motion for reconsideration. **FOR GOOD CAUSE SHOWN,** Defendants are granted an extension of time of thirty days, after the Court rules on Defendants' motion for reconsideration, in which to file an answer to Plaintiff's complaint (and only if the Court denies Defendants' motion for reconsideration).

IT IS SO ORDERED.

Dated:   **December 18, 2007**           /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE