# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL PERRY, | CASE NO. 1:05-cv-01624-LJO-DLB-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | (Doc. 88) |
| AGUIRRE, et al., | ORDER DENYING PLAINTIFF'S REQUEST FOR FULL SCALE INVESTIGATION |
| Defendants. | (Doc. 92) |

Plaintiff Robert Daniel Perry ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 26, 2007, plaintiff filed a motion requesting a 60-day extension of time. (Doc. 88). On December 14, 2007, plaintiff filed a motion requesting a full scale investigation into the California Correctional Institution ("CCI"), where plaintiff was formerly incarcerated (Doc. 92). Plaintiff is presently incarcerated at R. J. Donovan in San Diego, California.

Plaintiff states that from August 30, 2007 to November 13, 2007, he had difficulty receiving his legal mail and accessing the law library. Plaintiff contends that as a result, plaintiff missed all deadlines for the evidentiary hearing set November 28, 2007. Plaintiff requests that the court send to him copies of all court documents filed between March 1, 2007 through to November 13, 2007. Plaintiff further requests a sixty-day extension of time, and that the court conduct a full scale investigation into CCI.

Plaintiff is advised that the Clerk's Office does not provide free copies of documents to parties. Copies up to 20 pages may be made by the Clerk's Office at a charge of $.50 per page. For

larger copy orders, contact Attorney's Diversified Service (ADS) by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning 1-800/842-2695, by Faxing a request to 559/486-4119, or by leaving a voice mail at 559/259-8544. **Please Note:  In Forma Pauperis status does not include the cost of copies.**  Plaintiff's motion for free copies of court documents is HEREBY DENIED.

With respect to plaintiff's motion for a sixty day extension, the court is not aware of any pending deadline for which plaintiff requires an extension of time.  To the extent that plaintiff's motion concerns the evidentiary hearing scheduled for November 2007, plaintiff is advised that both the telephonic evidentiary confirmation hearing and also the evidentiary hearing were vacated by order issued November 8, 2007. Consequently, no extension of time is necessary. Plaintiff's motion for an extension of time is DENIED.

Finally, plaintiff is advised that the court is not an investigative agency.  The court does not have the authority to conduct full scale investigations of state prisons, and with respect to California Department of Corrections and Rehabilitation officials, the Court has no jurisdiction over state officials. 28 U.S.C. § 1651; see also Demos v. United States Dist. Court for E. Dist. Of Wash., 925 F.2d 1160, 1161 (9th Cir. 1991). Accordingly, plaintiff's request for an investigation is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **June 26, 2008**               /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE