IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL PERRY, | 1:05-cv-01624 LJO DLB (PC) |
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME |
| vs. | (DOCUMENT #102) |
| M. AGUIRRE, et al., | RESPONSE DUE JULY 21, 2008 |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2008, defendant Aguirre filed an ex parte application to extend time to July 21, 2008, to file a substitution of attorneys and response to plaintiff's amended complaint. (Doc. 102).

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendant Aguirre is granted an extension to time, to July 21, 2008, to file a substitution of attorneys and response to plaintiff's amended complaint.

IT IS SO ORDERED.

Dated:   **July 14, 2008**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE