UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PERRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AGUIRRE, et. al.,<br><br>　　　　　Defendant. | CASE NO 1:05-cv-1624 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. 110) |

　　　　Plaintiff Robert Daniel Perry ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On September 26, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  The parties did not file timely objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　The Findings and Recommendations, filed September 26, 2008, is adopted in full; and

　　　　2.　　　This action is dismissed in its entirety based on plaintiff's failure to prosecute.IT IS SO ORDERED.

　　　　Dated:   November 17, 2008　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE