# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL PERRY,<br><br>            Plaintiff,<br><br>      v.<br><br>M AGUIRRE, et al.,<br><br>            Defendants. | CASE NO. 1:05-cv-01624 LJO DLB PC<br><br>ORDER DENYING REQUEST FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY AS INAPPLICABLE IN THIS ACTION<br><br>(Doc. 124.) |

Plaintiff Robert Daniel Perry("Plaintiff") is a state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2008, the Court filed an order dismissing this action for Plaintiff's failure to prosecute. (Doc. 112.) On January 28, 2009, Plaintiff filed a Notice of Appeal.[1] (Doc. 120.) On February 24, 2009, Plaintiff filed a motion to obtain a certificate of appealability. (Doc. 124.)

Because the instant action is a civil rights action rather than a habeas petition, Plaintiff's motion for a certificate of appealability is misplaced. A certificate of appealability is not needed in order to appeal the Court's order of November 17, 2008, and the request for a certificate of appealability is HEREBY DENIED on that ground.

IT IS SO ORDERED.

Dated:   **June 4, 2009**          /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] On April 29, 2009, the United States Court of Appeals for the Ninth Circuit issued an order dismissing the appeal for lack of jurisdiction. (Doc. 126.)