# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL PERRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M AGUIRRE, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01624 LJO DLB PC<br><br>ORDER DISREGARDING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(Doc. 125) |

Plaintiff Robert Daniel Perry("Plaintiff") is a state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed by order filed November 17, 2008. (Docs. 112, 113.) Plaintiff filed an appeal, which was dismissed by the United States Court of Appeals for the Ninth Circuit by order filed April 29, 2009. (Doc. 126.)

Accordingly, Plaintiff's motion for appointment of counsel, filed March 6, 2009, is disregarded as moot.

IT IS SO ORDERED.

Dated:   November 16, 2009　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1